UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SHERRI L. EVOLA                                                                                    PLAINTIFF

v.                                       No. 2:19-CV-02072

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                                 DEFENDANT

## JUDGMENT

Pursuant to the opinion and order entered on this date, this case is REMANDED to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ADJUDGED THIS 20th day of April, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE